# CHAPTER 13 PLAN
## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF MISSISSIPPI

**CASE NO.** 14-13318

Debtor **James Bailey**  SS# **xxx-xx-3007**  Median Income ☐ Above  ☒ Below
Joint Debtor **Gwendolyn J Bailey**  SS# **xxx-xx-2782**
Address **2641 Garden Gate Drive Hernando, MS 38632-0000**

**THIS PLAN DOES NOT ALLOW CLAIMS. Creditors must file a proof of claim to be paid under any plan that may be confirmed. The treatment of ALL secured / priority debts must be provided for in this plan.**

**PAYMENT AND LENGTH OF PLAN**
The plan period shall be for a period of **57** months, not to be less than 36 months for below median income debtor(s), or less than 60 months for above median income debtor(s).

(A) Debtor shall pay $ **1,542.00** per **month** to the Chapter 13 Trustee. Unless otherwise ordered by the Court, an Order directing payment shall be issued to Debtor:
   Direct Pay

(B) Joint Debtor shall pay $____ per **(monthly / semi-monthly / weekly / bi-weekly )** to the Chapter 13 Trustee. Unless otherwise ordered by the Court, an Order directing payment shall be issued to Debtor's employer at the following address:

**PRIORITY CREDITORS.**
Filed claims that are not disallowed to be paid in full or as ordered by the Court as follows:
Internal Revenue Service:     $ **1,500.00**    @ **26.32**    /month
Mississippi Dept. of Revenue:  $ **0.00**    @ **0.00**    /month
Other/ **Arkansas Dept of Revenue**  $ **0.00**    @ **0.00**    /month

**DOMESTIC SUPPORT OBLIGATION** DUE TO:
**-NONE-**
POST PETITION OBLIGATION: In the amount of $ per month beginning .
To be paid ____ direct, ____ through payroll deduction, or ____ through the plan.
**-NONE-**
PRE-PETITION ARREARAGE: In the total amount of $ through shall be paid the amount of $ per month beginning
To be paid ____ Direct ____ through payroll deduction ____ through the plan.

**HOME MORTGAGES**. All claims secured by real property which are to be paid through the plan shall be scheduled below. Absent an objection by a party in interest, the plan will be amended consistent with the proof of claim filed herein, subject to the start date for the continuing monthly mortgage payment proposed herein.
MTG PMTS TO: **Green Tree Servicing, LLC**  BEGINNING **11/01/2014** @$ **1,641.00**  ☐PLAN ☒DIRECT
MTG ARREARS TO: **Green Tree Servicing, LLC**  THROUGH **10/01/2014** $ **6,550.00** @$ **139.36** /MO*
(*Including interest at **0.00** %)

Debtor's Initials **JB**   Joint Debtor's Initials **GB**    CHAPTER 13 PLAN, PAGE 1 OF 3

**MORTGAGE CLAIMS TO BE PAID IN FULL OVER PLAN TERM:**
Creditor: **-NONE-**    Approx. amt. due: _____    Int. Rate: _____
Property Address: _____    Are related taxes and/or insurance escrowed    Yes    No

**NON-MORTGAGE SECURED CLAIMS.** Creditors that have filed claims that are not disallowed are to retain lien(s) under 11 U.S.C. 1325(a)(5)(B)(i)(I) until the payment of the debt determined as under non-bankruptcy law or discharge. Such creditors shall be paid as secured claimants the sum set out below or pursuant to other order of the Court. The portion of the claim not paid as secured shall be treated as a general unsecured claim.

| CREDITOR'S NAME | COLLATERAL | 910* CLM | APPROX. AMT. OWED | VALUE | INT. RATE | PAY VALUE OR AMT. OWED |
|---|---|---|---|---|---|---|
| **Caterpillar Financial** | 2005 Skid Steerer (used for approximately 6,500 hours) | No | 2,800.00 | 5,000.00 | 5.00% | Amt. Owed |
| **First Tennessee Bank, National Assoc.** | 2005 Chevrolet 6500 Dump Truck | No | 5,834.45 | 8,500.00 | 5.00% | Amt. Owed |
| **First Tennessee Bank, National Assoc.** | 2004 Nissan Maxima (with over 150,000 miles) | No | 1,040.96 | 1,180.00 | 5.00% | Amt. Owed |
| **Insolve Recovery** | 2008 Polaris Ranger Crew UTV | No | 2,400.00 | 2,400.00 | 5.00% | Pay Value |
| **JP Morgan Chase Bank** | 2006 Chevrolet Malibu (with over 240,000 miles) (used for business) | No | 1,100.00 | 2,000.00 | 5.00% | Amt. Owed |
| **Key Equipment Finance** | 2005 Vermeer Stump Grinder | No | 2,000.00 | 3,500.00 | 5.00% | Amt. Owed |
| **Regions Bank** | 2005 Ford F250 Pick up (over 270,000 miles) (with over 280,000 miles) used for business | No | 5,400.00 | 9,900.00 | 5.00% | Amt. Owed |
| **Title Max** | 2001 Ford Mustang (with over 125,000 miles) | No | 850.00 | 1,200.00 | 5.00% | Amt. Owed |
| **Wells Fargo Financial _ Tennessee** | 2006 Chevrolet Corvette (with over 50,000 miles) | No | 8,013.42 | 17,000.00 | 5.00% | Amt. Owed |
| **IRS** | Equity in all property | No | 26,000.00 | 17,000.00 | 3.00% | Amt. Owed |

*The column for "910 CLM" applies to both motor vehicles and "any other thing of value" as used in the "hanging paragraph" of 11 U.S.C. § 1325

**SPECIAL CLAIMANTS** including, but not limited to, co-signed debts, abandonment of collateral, direct payments by Debtor, etc. For all abandoned collateral Debtor will pay $0.00 on the secured portion of the debt. Where the proposal is for payment, creditor must file a proof of claim to receive proposed payment.

| CREDITOR'S NAME | COLLATERAL | APPROX. AMT. OWED | PROPOSED TREATMENT |
|---|---|---|---|
| **Caterpillar Financial** | 2008 Skid Steerer (used for approximately 10,200 hours) | 20,000.00 | Surrender collateral; Treat deficiency as unsecured |
| **John Deere Credit** | 2008 John Deere Tractor | 8,773.62 | Surrender collateral; Treat deficiency as unsecured |

**STUDENT LOANS** which are not subject to discharge pursuant to 11 U.S.C. §§ 523(a)(8) and 1328(c) are as follows (such debts shall not be included in the general unsecured total):

| CREDITOR'S NAME | Approx Amt Owed | Monthly Pmt | PROPOSED TREATMENT |
|---|---|---|---|
| **Ark. Dpt of Higher Education** | **2,500.00** | **n/a** | **pay as all other unsecured loans** |
| **ECMC** | **11,000.00** | **n/a** | **pay as all other unsecured loans** |

**SPECIAL PROVISIONS** for all payments to be paid through the plan, including, but not limited to, adequate protection payments:   **-NONE-**

**GENERAL UNSECURED DEBTS** totaling approximately $ **365,246.81**. Such claims must be timely filed and not disallowed to receive payment as follows: ____ IN FULL (100%) or ___% (percent) MINIMUM, or a total distribution of $ **10,500.00**, with the Trustee to determine the percentage distribution. **Those general unsecured claims not timely filed shall be paid nothing, absent order of the Court.**

| | |
|---|---|
| Total Attorney Fees Charged $ | **To Be Billed Hourly upon approval of Court** |
| Attorney Fees Previously Paid $ | **1,500.00 retainer paid** |
| Attorney fees to be paid in plan $ | **Determined by Court upon application for approval of fees** |

The payment of administrative costs and aforementioned attorney fees are to be paid pursuant to Court order and/or local rules.

| Automobile Insurance Co/Agent | Attorney for Debtor (Name/Address/Phone # / Email) |
|---|---|
| | **Robert Gambrell 4409** |
| | **101 Ricky D Britt Sr Blvd, Ste 3** |
| | **Oxford, MS 38655-4236** |
| Telephone/Fax | Telephone/Fax  **662-281-8800** |
| | Facismile No.  **662-202-1004** |
| | E-mail Address  **rg@ms-bankruptcy.com** |

DATE:  **October  3, 2014**        DEBTOR'S SIGNATURE        **/s/ James Bailey**

JOINT DEBTOR'S SIGNATURE        **/s/ Gwendolyn J Bailey**

ATTORNEY'S SIGNATURE        **/s/ Robert Gambrell**