## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

In Re: JAMES BAILEY and                                      CHAPTER 13
       GWENDOLYN J. BAILEY                      NO. 14–13318 JDW

InSolve Recovery, LLC
c/o Capital Recovery Group, LLC
P O Box 64090
Tucson, AZ 85728-4090

### NOTICE

YOU ARE HEREBY NOTIFIED that a written response to the Objection to Secured Claim of InSolve Recovery, LLC must be filed via ECF if you are registered with the Electronic Case Filing system, or alternatively filed with:

                           David J. Puddister, Clerk
                              U.S. Bankruptcy Court
                         Thad Cochran, U.S. Courthouse
                             703 Highway 145 North
                                 Aberdeen, MS 39730

with a copy served on Robert Gambrell, attorney for the debtor(s) and the Chapter 13 Trustee, on or before thirty (30) from the date of this notice, or the Court may enter a Confirmation Order, or in the alternative, may enter an order ex-parte, either of which shall sustain this Objection to Secured Claim of InSolve Recovery, LLC and shall determine the amount of interest allowed to be charged, if any is allowed at all, shall set the value of the collateral, and the manner in which the claim shall be treated and paid by the trustee. The entry of the an ex-parte order or a confirmation order shall grant all relief requested therein. In the event a written response is filed, the Court will notify you of the date, time and place of the hearing thereon.

| | |
|---|---|
| DATED:     04/28/15 | /s/ Robert Gambrell |
| CHAPTER 13 TRUSTEE: | Robert Gambrell, Atty for Debtor(s) |
| Locke Barkley | 101 Ricky D. Britt Blvd., Ste. 3 |
| P. O. Box 55829 | Oxford, MS 38655 |
| Jackson, MS 39296 | (662)281-8800 / Fax: 662-202-1004 |
| (601)355-6661 | MS Bar # 4409 |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

In Re: JAMES BAILEY and                                    CHAPTER 13
       GWENDOLYN J. BAILEY                                 NO. 14–13318 JDW

**OBJECTION TO SECURED CLAIM OF INSOLVE RECOVERY, LLC**

  COMES NOW, Debtors, by and through undersigned counsel, and file this Objection to Secured Claim of InSolve Recovery, LLC to the following pre-petition claim and requests the Court to set the amount of the claim, or to set the value of the collateral for purpose of plan confirmation, or to determine the manner in which the arrears claim shall be treated and paid by the trustee:

DESCRIPTION OF COLLATERAL:    2008 Polaris Ranger Crew UTV

The amount of Claim #14:    $5,749.78

TREATMENT: The Debtor shall surrender the collateral and the deficiency, if any, shall be treated as a general unsecured claim.

DATED:    04/28/15                                    /s/ Robert Gambrell
                                                      Robert Gambrell, Atty for Debtors

CERTIFICATE OF SERVICE

   I, ROBERT GAMBRELL, Attorney for the above listed Debtors, do hereby certify that the following have been served electronically via ECF with a copy of the above Objection to Secured Claim of InSolve Recovery, LLC and Notice of said Objection:

Henry G. Hobbs, Jr.: Acting U. S. Trustee: USTPRegion05.JA.ECF@usdoj.gov
Locke D. Barkley: sbeasley@barkley13.com

   I, further certify that I have this date mailed postage prepaid, a true and correct copy of said Objection and Notice to the following:

InSolve Recovery, LLC
c/o Capital Recovery Group, LLC
P O Box 64090
Tucson, AZ 85728-4090

   This the 28th day of April, 2015.

                /s/ Robert Gambrell
                ROBERT GAMBRELL